IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-32761 |
| | § | |
| ASHLEY GENEE BROWN | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### DISCLOSURE OF COMPENSATION BY WAUSON | PROBUS, PURSUANT TO 11 U.S.C. § 329 AND BANKR. R. 2016(b)

TO THE HONORABLE, U.S. BANKRUPTCY JUDGE:

Wauson | Probus ("WP"), Counsel to the Debtor, Ashley Genee Brown ("Dr. Brown"), makes this its Disclosure of Compensation pursuant to 11 U.S.C. § 329(a) and Bankr. R. 2016(b), as follows:

1. On March 3, 2020, Dr. Brown retained WP to represent her in connection with her voluntary, Chapter 7 bankruptcy case.

2. In the engagement agreement, Dr. Brown agreed to be responsible for the fees and expenses. The engagement agreement called for payment of a retainer in the amount of $7,000 plus $335 for the filing fee. On May 22, 2020, WP received a retainer in the amount of $7,000 from Dr. Brown.

3. WP has received no transfer, assignment or pledge of property except that stated in Paragraph 2 above.

4. WP has not shared or agreed to share with any other entity, other than with members of WP, any compensation paid or to be paid.

Dated this 26th of May, 2020.

Respectfully submitted,

**WAUSON | PROBUS**

1

By:/s/ *Anabel King*
  **Anabel King**
  State Bar No. 24067659
  Fed. ID. No. 1012318
  aking@w-plaw.com

One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

COUNSEL FOR DEBTOR,
DR. ASHLEY BROWN

2