**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Ashley Genee Brown

**Debtor(s)**

Case No.: 20–32761

Chapter: 7

ENTERED
09/15/2020

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/15/20

_____
Jeffrey P. Norman
United States Bankruptcy Judge